ÆTNA CASUALTY AND SURETY COMPANY, Assignee, Respondent, v. EMIL MIX, Appellant.— Order denying defendant's motion to dismiss complaint affirmed,

without costs. No opinion. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.